RECEIVED

**UNITED STATES DISTRICT COURT**

**Pridgen J. Watkins**
**CLERK**

**320 6TH Street, Room 301**
**Sioux City, IA 51101** 07 SEP -4 PM 2:05 **712 233-3900**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IA

August 30, 2007

Clerk, U.S. District Court
123 E Walnut St., Room 300
P.O. Box 9344
Des Moines IA 50306-9344

RE: Jones et al v Casey's General Stores Inc
C07-4043-MWB

Please find enclosed the above reference file that has been transferred to your court with the Memorandum Opinion and Order filed by District Court Judge Mark W. Bennett this date. Please sign this letter as your receipt of these documents and mail it back to us in the enclosed envelope.

Sincerely,

PRIDGEN J. WATKINS, CLERK

By:____________________________
Deputy Clerk

RECEIVED DATE AND SIGNATURE-----------------------------------------------------